IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BETH WEINSTEIGER : CIVIL ACTION
:
v. :
:
MICHAEL J. ASTRUE, : NO. 09-1769
Commissioner of Social Security :
Administration

**ORDER**

AND NOW, this 25 day of Jan., 2010, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review, defendant's Response to Request for Review of Plaintiff, and Plaintiff's Reply thereto, and after review of the Report and Recommendation of Chief United States Magistrate Judge Thomas J. Rueter, and no objections having been filed, it is hereby

**ORDERED**

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Plaintiff's Request for Review is GRANTED, and the decision of the Commissioner of the Social Security Administration is REVERSED to the extent that the matter is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with Chief United States Magistrate Judge Thomas J. Rueter's Report and Recommendation.

3. Judgment is entered in favor of plaintiff, reversing the decision of the Commissioner for the purpose of this remand only.

BY THE COURT:

/s/ William H. Yohn, Jr.
WILLIAM H. YOHN, Jr., J.